(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:18-cv-21053-CMA

Jeffry Peter Dutto, Ph.D.
_____
Plaintiff(s)

v.

Association of American
Medical Colleges, et.al.
_____
Defendant(s)

FILED by ___ D.C.
JUN 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**Cause for why action should Not be dismissed**
(TITLE OF DOCUMENT)

I, Jeffry Dutto, plaintiff or defendant, in the above styled cause,

Found on Court's website under "Local rules and Procedures" the PDF document "Civil filing requirements (How to file a case)" on page 14 It states "Failure to serve the summons and complaint within 120 days of filing the complaint is grounds for dismissal of each party Not served."

This is the cause for the reason why the complaint has Not Been served yet because I believed I had 120 days to serve it, according to what I read on this court's website.

Sincerely,

Jeffry P. Dutto

(Rev. 10/2002) General Document

_____

**Certificate of Service**

I Jeffry Dutto, certify that on this date 6/27/18 a true copy of the foregoing document was mailed to: Temple University 300 Sullivan hall, 1330 w Polett walk
name(s) and address(es)
philadelphia, PA 19122, Drexel University 3ly chestnut st suite 109, philadelphia, PA
UCF, Millican hall, suite 360, 4365 Andromeda Loop N Orlando, FL 32816 (continued...)

By: Jeffry Dutto
Printed or typed name of Filer

Signature of Filer: [signature]

Florida Bar Number

E-mail address: JPDutto@gmail.com

215-915-4416
Phone Number

Facsimile Number

3352 w 98th place
Street Address

Hialeah, FL 33018
City, State, Zip Code

(Rev. 10/2002) Complaint

(continued...)                    *(Statement of Facts)*

Univ. Florida 123 Tigert Hall 300 SW 13th St Gainesville FL 32611
Univ. South Florida 4202 E. Fowler Av, Tampa, FL 33620
AAMC 655 K Street NW Suite 100 Washington, DC 20001
Loma Linda Univ- 24890 Tulip Ave, Loma Linda, CA 92354
Ohio State Univ- 1590 N High St Ste 500, Columbus, OH 43201
FIU 11200 SW 8th St, PC 511, Miami FL 33199
FSU 222 Copeland St Suite 424, Westcott Bldg, Tallahassee, FL 32306
FAU, 777 Glades Rd, Admin Bldg, Room 320 Boca Raton, FL 33431