UNITED STATES DISTRICT COURT
Southern District of Florida

Civil Action Case No. 1:18-cv-21053- Gayles

Jeffrey P. Datto, Ph.D.
    Plaintiff,
v.
Association of American
Medical Colleges et al.
    Defendants.



**Plaintiff's Response to Endorsed Order, Docket Entry #20**

In response to the Court's Endorsed Order, Docket Entry #20, Plaintiff attests as follows:

1. The remaining defendants to be served are all Florida public medical schools.

2. Plaintiff was recently notified by general counsel of University of Central Florida College of Medicine ("UCF") that they are not a legal entity that can be sued. See *U.S. v. Olavarrieta, 812 F.2d 640, 643* (11th Cir.), cert. denied, 484 U.S. 851, 1082 (1987) (Capacity to sue is defined by state law, and where state university lack the capacity to be sued in own name, dismissal of action naming university is proper.)

3. The remaining defendants must be sued through their legal owner, The Board of Trustees Fla. Stat. s. 1001.72(1) which is a "public body corporate" which can "sue or be sued" and service of process shall be "on the chair of the board of trustees or, in the absence of the chair, on the corporate secretary or designee." Id.

4. Plaintiff was unaware of this fact prior to being recently notified by UCF's general counsel.

5. Plaintiff cannot serve the summons to the remaining defendants and will need to file an amended complaint to serve each school's board of trustees instead.

6. Plaintiff appreciates the opportunity to be able to amend the complaint after the responsive pleading as FRCP 15(a)(1)(B) allows to correct any other possible issues at the same time with the complaint that Plaintiff is not currently aware of.

7. Plaintiff has asked general counsel of each Defendant from Florida if they will accept service on behalf of their chairman of their board of trustees and none have responded.

Respectfully Submitted,

Date: July 29, 2018

Jeffrey P. Datto, Ph.D.

3352 w 98th pl, Hialeah FL

(215)-915-4416

JPDatto@gmail.com

## Certificate of Service

In accordance to local rule 5.1(e), electronic service of this Plaintiff's Response to Endorsed Order, Docket Entry #20 was provided to:

Loma Linda University
c/o Marci L. Strauss, Esq
MStrauss@lacavajacobson.com
La Cava & Jacobson, P.A.
4901 N.W. 17th Way
Suite 302
Fort Lauderdale, FL 33334

Association of American
Medical Colleges
c/o Jorge Mestre, Esq
Rivero Mestre LLP
jmestre@riveromestre.com
2525 Ponce de Leon Blvd.
Suite 1000 Miami, FL 33134

Ohio State University
c/o Javier A. Pacheco, Esq
Porter Wright Morris &
Arthur LLP
jpacheco@porterwright.com
9132 Strada Place Third Floor
Naples, FL 34108

And Service by mail was provided to:

University of Florida
c/o Office of General Counsel
123 Tigert Hall
P.O. Box 113125
Gainesville, FL 32611-3125

Florida International University
c/o Office of General Counsel
11200 S.W. 8th Street, PC 51
Miami, FL 33199

Florida Atlantic University
c/o Office of General Counsel
777 Glades Road
Boca Raton, FL 33431

Florida State University
c/o Office of General Counsel
600 W. College Ave
Tallahassee, FL 32306

University of South Florida
c/o Office of General Counsel
4202 E. Fowler Avenue
Tampa, FL 33620

University of Central Florida
c/o Office of General Counsel
4000 Central Florida Blvd.
Orlando, FL 32816

Drexel University &
Temple University
c/o Bacardi Jackson, Esq.
Tucker Law Group, LLC
Professional Center at Riviera Point
7971 Riviera Boulevard, Suite 103
Miramar, FL 33023

Date: July 30, 2018

Jeffrey P. Datto, Ph.D.
Pro Se Plaintiff
3352 w 98th pl
Hialeah, FL 33018
(215) 915-4416
JPDatto@gmail.com

3