UNITED STATES DISTRICT COURT
Southern District of Florida

Civil Action Case No. 1:18-cv-21053- Gayles



Jeffrey P. Datto, Ph.D.   :
    Plaintiff,   :
v.   :
Association of American   :
Medical Colleges et al.   :
    Defendants.

### Motion for leave of Court for Plaintiff to receive an ECF account and file documents electronically

Plaintiff is requesting leave of this Court to be able to receive an ECF account and file documents electronically. Because Plaintiff works full time Monday through Friday during the time the clerk's office is open, he will get in trouble at work if he is late or has to keep taking off time from work to submit filings.  Also, if he is being required then to mail in filings certified to ensure they arrive on time, he suffers from the same problem with not being able to go to the post office until Saturday because of his work schedule. Additionally, there is a delay in transit through mail in reaching the clerk's office whereas electronic filing is instantaneous.  This puts him at an unfair position because it will limit the amount of time he has to prepare each filing compared to his opponents.  Therefore, this Court should grant him this access.  The counsel currently on record for the Association of American Medical Colleges, Ohio State University, and Loma Linda University do not object to this motion.   Temple University, Drexel University, and the Florida medical school defendants have not responded if they will object.

Respectfully Submitted,

Date: July 30, 2018

Jeffrey P. Datto, Ph.D.
Pro Se Plaintiff
3352 w 98th pl
Hialeah, FL 33018
(215) 915-4416
JPDatto@gmail.com

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### Case No. 18-21053-CIV-GAYLES

JEFFREY PETER DATTO, Ph.D.,
 Plaintiff,
v.
ASSOCIATION OF AMERICAN
MEDICAL COLLEGES, et al.,
 Defendants.
 _____/

## ORDER GRANTING MOTION OF PLAINTIFF TO RECEIVE AN ECF ACCOUNT AND FILE DOCUMENTS ELECTRONICALLY

This cause came before this Court upon Plaintiff Jeffrey Peter Datto, Ph.D. Motion for leave of Court to receive an ECF account and file documents electronically. Upon consideration, and for good cause as stated in the Motion, this Court finds said Motion well taken.

It is therefore **ORDERED, ADJUDGED AND DECREED** that Plaintiff Jeffrey Peter Datto, Ph.D., Motion to receive an ECF account and file documents electronically is GRANTED Plaintiff shall receive an ECF account and be allowed to file documents electronically.

**SO ORDERED:**

_____

JUDGE DARRIN P. GAYLES