UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY PETER DATTO, Ph.D.,

    Plaintiff,

v.                                                CASE NO.: 6:19-cv-1456-Orl-41EJK

THE UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,
JOHN DOES 1 – 5,

    Defendants.
_____/

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO AMEND THE THIRD AMENDED COMPLAINT**

    Defendant, UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES ("UCF"), pursuant to Local Rule 3.0(b), Middle District of Florida, submits this its Response in Opposition to Plaintiff's Motion for Leave to Amend the Third Amended Complaint (Doc. 246) ("Plaintiff's Motion") and states:

    1.     Plaintiff's Motion seeks leave for the filing of a fourth amended complaint before the Court rules on UCF's pending Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 242).

    2.     Plaintiff's Motion seeks, once again, leave to file an amended complaint while a motion to dismiss is pending in an apparent attempt to avoid an adverse Court ruling. Previously, Plaintiff successfully sought leave to amend his Second Amended Complaint (Doc. 231), while UCF's Motion to Dismiss was pending (Doc. 218).

    3.     Although the February 7, 2020 Order granted Plaintiff's previously filed Motion for Leave to File a Second Amended Complaint (Doc. 234), UCF respectfully submits that

Plaintiff's Motion, again seeking leave to file an amended complaint in the face of a pending motion to dismiss, should be denied.

## MEMORANDUM OF LAW

Plaintiff's Motion, for the second time, seeks leave to amend his complaint in the face of a pending motion to dismiss. The apparent strategy is to avoid entry of an order dismissing his complaint so as to avoid and forestall, as long as possible, entry of any order that might dismiss his complaint with prejudice. Plaintiff's pleading strategy should not be sanctioned.

Plaintiff's prior Motion for Leave to Amend the Second Amended Complaint (Doc. 231) was arguably supported by some additional facts. However, Plaintiff offers no new or additional facts here. On the contrary, Plaintiff's Motion simply asserts that an additional amended complaint is necessary to address questions raised in the pending motion to dismiss. Stated in another way, having now been more fully "educated" concerning the deficiencies in the Third Amended Complaint, Plaintiff would now like an opportunity to "cure" these deficiencies in a fourth amended complaint. However, a fourth amended complaint will likely be met with another motion to dismiss with the cycle repeating itself with Plaintiff again seeking leave to amend his complaint.

UCF submits that this case should progress in the ordinary and regular fashion whereby Plaintiff seeks leave to further amend his complaint should the pending Third Amended Complaint be dismissed. A motion for leave to file an amended complaint may be denied on the basis of "undo delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undo prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment." *Forman v. Davis*, 371 U.S.

178, 182 (1962). UCF submits that allowing Plaintiff to file a second "preemptive" amended complaint will serve to only delay this litigation and create unnecessary and needless expense.

WHEREFORE, Defendant, UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES, respectfully requests this Court to enter an Order denying Plaintiff's Motion for Leave to Amend the Third Amended Complaint.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Service through the Florida E-Portal System to: Jeffrey Peter Datto, Ph.D., 3352 W. 98th Place, Hialeah, FL 33018; jpdatto@gmail.com, on this 22nd day of June, 2020.

_____
RONALD L. HARROP, ESQUIRE
Florida Bar Number: 260584
rharrop@oconlaw.com
O'CONNOR & O'CONNOR, LLC
800 North Magnolia Avenue, Ste 1350
Orlando, FL 32803
(407) 843-2100
(407) 843-2061 Facsimile
*Attorney for Defendants University of Central Florida and University of South Florida*

T: 061920:2336:1602.