IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY PETER DATTO, Ph.D.,
        Plaintiff,

v.                              Case No:  6:19-cv-01456-CEM-EJK

THE UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,
JOHN DOES 1-5,
        Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO FILE A REPLY IN FURTHER SUPPORT OF HIS MOTION TO REOPEN DISCOVERY**

    Plaintiff respectfully requests leave to file a reply that is 3 pages or less in order to respond to the 48 page Report and Recommendation that Defendant attached as an exhibit to its response (Doc. 255) to the motion to reopen discovery (Doc. 250) from a related case vs. the University of Miami.

    There are errors in the Report and Recommendation, related to his educational claims, that Plaintiff would like the opportunity to bring to the attention of this Court.

**Local Rule 3.01(g) Good Faith Certificate**

    The undersigned has conferred with the Defense Counsel, Mr. Ronald Harrop, who does not object to the relief sought herein.

**MEMORANDUM OF LAW**

    Local Rule 3.01 states:

(c) No party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave.

(d) A motion requesting leave to file either a motion in excess of 25 pages, a response in excess of 20 pages, or a reply or further memorandum shall not exceed three pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper.

Because the attached exhibit may influence both this pending motion to reopen discovery and also the pending motion to dismiss, Plaintiff believes he should be given an opportunity to respond to its contents.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was furnished by Electronic Service through the Florida E-Portal System to counsel for the University of Central Florida Board of Trustees, Ronald L. Harrop, Esquire, RHarrop@oconlaw.com, O'Connor & O' Connor, LLC, 800 N Magnolia Ave, Ste 1350, Orlando, FL 32803. (407) 843-2100.

Date: July 31, 2020                          /s/ Jeffrey P Datto
                                             Jeffrey P. Datto, Ph.D.
                                             Pro Se Plaintiff
                                             3352 w 98th pl
                                             Hialeah, FL 33018
                                             (786) 593-1271
                                             JPDatto@gmail.com